UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTINE STEPHENS,<br><br>    Defendant. | CASE NO. CR08-5601BHS<br><br>ORDER |

This matter comes before the Court on Defendant's Justine Stephens' ("Stephens") motion to terminate supervised release (Dkt. 238). The Court has considered the pleading filed in support of and in opposition to the motion and hereby denies the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

On April 12, 2010, Stephens was sentenced to three years of supervised release. *See* Dkt. 170. On September 14, 2011, Stephens filed a motion to terminate the supervised release. Dkt. 238. On September 21, 2011, the Government responded. Dkt. 239.

## II. DISCUSSION

The Court may modify or terminate supervised release after the expiration of one year of supervised release. 18 U.S.C. § 3564. The Court should consider "the factors set forth in section 3553(a) to the extent they are applicable" and determine "if [the court] is

ORDER – 1

satisfied that such action is warranted by the conduct of the defendant and the interest of justice. . ." *Id*.

In this case, Stephens has failed to show that the supervised release is either too harsh or inappropriately tailored. While both the Court and the Government agree that Stephens has done well since she was sentenced, the Court finds that, at this time, supervised release is not an unreasonable burden for Stephens. Moreover, supervision will help ensure Stephens' continued success.

Although the Court denies Stephens' motion, it will do so without prejudice, and the Court will considered a second motion to modify or terminate the sentence upon successful completion of two years of supervised release.

## III. ORDER

Therefore it is hereby **ORDERED** that Stephens' motion to terminate supervised release (Dkt. 238) is **DENIED**.

DATED this 29th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge